IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RAMEZ GHAZZAOUI          *
                         *
                         *
v.                       *     Civil No. – JFM-14-1410
                         *
ANNE ARUNDEL COUNTY, MD, ET AL.   *
                         ******

## MEMORANDUM

Two motions are pending in this case: a motion for special assignment and for the recusal or removal of Judge Motz from this case and plaintiff's motion to alter or amend.

Both motions are denied. This case was transferred to me from Judge Hollander solely as a matter of work load allocation and assuring the prompt disposition of pending motions.

There is no basis for granting plaintiff's motion to alter or amend. The decision of this court was correct.

Date: 12/3/15

J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 DEC -4  AM 11:25
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY