UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

May 3, 2017

MEMO TO COUNSEL RE: Ramez Ghazzaoui v. Anne Arundel County, Maryland, et al.
Civil No. JFM-14-1410

Dear Counsel:

I have reviewed the memoranda submitted in connection with defendants' line requesting ruling on defendants' motion for summary judgment.

I am satisfied that the remand by the Fourth Circuit requires and entitles me only to consider the reasonableness of the search of plaintiff's bedroom and bathroom after the arrest. I am satisfied that the search was reasonable because plaintiff's daughter could have been in the bedroom or bathroom. Moreover, Corporal Holquist, although apparently he did not have any suspicions that anybody else was present in the house, reasonably could have confirmed that no one else was present by searching the bedroom and bathroom.

A scheduling conference will be held at 9:45 am on May 19, 2017. I ask counsel for plaintiff to make the necessary arrangements for the conference call.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/ J. Frederick Motz

J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2017 MAY -4 AM 11:36

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY